## MILLER *v.* RAY.

HEAD, Justice. 1. Where the equitable relief sought has been eliminated on or before the trial, and the sole question for determination by the jury is one of damages, the Supreme Court is without jurisdiction of the writ of error. *Brightwell* v. *Oglethorpe Telephone Co.,* 176 *Ga.* 65 (166 S. E. 646); *Henley* v. *Colonial Stages South,* 184 *Ga.* 445 (191 S. E. 445); *Bartlett* v. *Walker,* 189 *Ga.* 154 (5 S. E. 2d, 373); *Gilbert Hotel* v. *Black,* 192 *Ga.* 641 (16 S. E. 2d, 435); *Swinson* v. *Jones,* 198 *Ga.* 327 (31 S. E. 2d, 592).

2. When title to land is not directly, but only incidentally involved, the Supreme Court does not have jurisdiction of the writ of error under the provisions of the Constitution, art. 6, sec. 2, par. 4 (Code, Ann., § 2-3704), conferring upon the Supreme Court jurisdiction "in all cases respecting title to land." *Colley* v. *Atlanta & West Point Railroad Co.,* 156 *Ga.* 43 (118 S. E. 712); *Radcliffe* v. *Jones,* 174 *Ga.* 324 (162 S. E. 679); *Lewis* v. *Fry,* 194 *Ga.* 842 (22 S. E. 2d, 817).

3. Under the foregoing rules the writ of error is

*Transferred to the Court of Appeals. All the Justices concur.*

No. 17427. SUBMITTED MARCH 12, 1951—DECIDED APRIL 10, 1951.

28

*L. J. Courson* and *Gibson & Maddox,* for plaintiff.

*Fred Belcher, Ben T. Willoughby,* and *McCall & Griffis,* for defendant.